# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-3009-1 and RGV-WSL-3009-1E
Owner:  Frank Schuster Farms, Incorporated
Acres:  6.597

**RGV-WSL-3009-1**

**Being** a 6.336 acre tract (276,002 sq ft) parcel of land, more or less, being out of lot 14, calculated as 44.557 acres, in Hidalgo County, Texas conveyed to Frank Schuster Farms, INC., Document No. 1974-24077. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker H-111, having the following NAD83 (2011) Grid Coordinates N=16555398.90, E=1094266.98; Thence S 81°14'06" E a distance of 11858.58 feet to a found 3" iron pipe at the Southwest corner of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Frank Schuster Tract 16A, Volume 1585, Page 928, for the **Point of Commencement,** having the following coordinates: N=16553591.89, E=1105987.13.

**Thence:** N 08°23'50" E along the West line of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Frank Schuster Tract 16A, Volume 1585, Page 928, a distance of 406.18 feet to a found 3" iron pipe designated as RGV-WSL-3009-1-1, for the **Point of Beginning,** having the following coordinates: N=16553993.71, E=1106046.45, said point being on the West line of the Frank Schuster Farms, INC. tract, Document No. 1974-24077 and on the East line of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Tract 4A and on the West line of the I.B.W.C. levee Right-of-Way File No. 30002-R-60H.

**Thence:** N 08°20'30" E along said property line, along said I.B.W.C. line, crossing the center of the levee road at 85 feet, a distance of 132.09 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-2 for angle;

**Thence:** S 63°24'31" E departing said property line, departing said I.B.W.C. line, a distance of 77.93 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-2A for a Point on Line;

**Thence:** S 63°24'31" E crossing the center of an existing 15 foot wide gravel road at 37 feet, departing the I.B.W.C. levee Right-of-Way File No. 30002-R-60H at 46.98 feet, to

## SCHEDULE C (Cont.)

the North toe of the levee, a distance of 67.83 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-3 for angle;

**Thence:** S 22°49'03" E along said toe, a distance of 156.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-4 for angle;

**Thence:** S 70°03'57" E along said toe, a distance of 296.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-5 for angle;

**Thence:** S 72°00'46" E along said toe, a distance of 458.44 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-6 for angle;

**Thence:** S 77°10'57" E along said toe, a distance of 479.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-6A for angle;

**Thence:** S 82°04'25" E along said toe, a distance of 123.92 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-6B for angle;

**Thence:** N 54°35'40" E along said toe, to an existing 12 foot wide dirt road, a distance of 42.41 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-7 for angle, said point being on the East line of the Frank Schuster Farms, INC. tract, Document No. 1974-24077 and on the West line of the Frank Schuster Farms, INC. tract, Volume 1424, Page 279;

**Thence:** S 09°23'10" W departing said toe, along said property line, entering the I.B.W.C. levee Right-of-Way File No. 30003-R-59H at 41.22 feet, departing said dirt road, crossing the center of the levee road at 84 feet, departing the I.B.W.C. levee Right-of-Way File No. 30003-R-59H at 191.45 feet, a distance of 220.82 feet to a found Brass Disk designated as RGV-WSL-3009-1-8 for angle, said point being the Southeast corner of the Frank Schuster Farms, INC. tract, Document No. 1974-24077 and the Northeast corner of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Frank Schuster Tract 16A, Volume 1585, Page 928 and on the West line of the Frank Schuster Farms, INC. tract, Volume 1424, Page 279;

**Thence:** N 75°57'17" W along the South line of the Frank Schuster Farms, INC. tract, Document No. 1974-24077 and the North line of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Frank Schuster Tract 16A, Volume 1585, Page 928, a distance of 291.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-8A for a Point on Line;

## SCHEDULE C (Cont.)

**Thence:** N 75°57'17" W along said property line, a distance of 291.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-9 for angle, said point being on the South line of the I.B.W.C. levee Right-of-Way File No. 30003-R-59H;

**Thence:** N 71°17'11" W along said property line, along said I.B.W.C. line, a distance of 455.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-9A for a Point on Line;

**Thence:** N 71°17'11" W along said property line, along said I.B.W.C. line, a distance of 455.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-10 for angle;

**Thence:** N 22°32'13" W along said property line, along said I.B.W.C. line, departing the I.B.W.C. levee Right-of-Way File No. 30003-R-59H and entering the I.B.W.C. levee Right-of-Way File No. 30002-R-60H at 178.39 feet, a distance of 221.77 feet returning to the **Place of Beginning.**

**RGV-WSL-3009-1E**

**Being** a 0.261 acre tract ( sq ft) parcel of land, more or less, being out of lot 14, calculated as 44.557 acres, in Hidalgo County, Texas conveyed to Frank Schuster Farms, INC., Document No. 1974-24077. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker H-111, having the following NAD83 (2011) Grid Coordinates N=16555398.90, E=1094266.98; Thence S 81°14'06" E a distance of 11858.58 feet to a found 3" iron pipe at the Southwest corner of the United States of America Fish and Wildlife Service Santa Ana National Wildlife Refuge, Frank Schuster Tract 16A, Volume 1585, Page 928, for the **Point of Commencement,** having the following coordinates: N=16553591.89, E=1105987.13.

**Thence:** N 16°35'11" E departing said property line, a distance of 519.23 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-2A, for the **Point of Beginning,** having the following coordinates: N=16554089.52, E=1106135.30, said point being on the North toe of the levee.

**Thence:** N 01°12'57" W crossing the center of an existing concrete canal at 30 feet, to an existing 10 foot wide dirt road, a distance of 55.54 feet to a point for angle;

### SCHEDULE C (Cont.)

**Thence:** N 19°22'44" W departing said dirt road, crossing an existing 16 foot wide dirt road at 84 feet, a distance of 108.27 feet to a point for angle;

**Thence:** N 70°37'16" E crossing an existing 25 foot wide asphalt road known as Tower Rd. at 28 feet, a distance of 60.00 feet to a point for angle;

**Thence:** S 19°22'44" E crossing an existing 14 foot wide dirt road at 101 feet, a distance of 117.86 feet to a point for angle;

**Thence:** S 01°12'57" E to the North toe of the levee, a distance of 96.77 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-3009-1-3;
**Thence:** N 63°24'31" W along said toe, entering the I.B.W.C. levee Right-of-Way File No. 30002-R-60H at 20.85 feet, crossing the center of an existing 15 foot wide gravel road at 30 feet, a distance of 67.83 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



| SHEET NO. | METES & BOUNDS SURVEY |
|-----------|----------------------|
| 4 OF 8 | FRANK SCHUSTER FARMS, INC. |
| | TRACT NO. RGV-WSL-3009-1 |
| | HIDALGO COUNTY          TEXAS |

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

General Surveyor's Notes:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.000021310S (E.G. GRID X 1.000021310S = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 31, 2019 (TICKET NO. 1971295425).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 31, 2019 (TICKET NO. 592160178).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-WSL-3009-1-1 | 16553993.71 | 1106046.45 |
| RGV-WSL-3009-1-2 | 16554124.40 | 1106065.61 |
| RGV-WSL-3009-1-2A | 16554089.52 | 1106135.30 |
| RGV-WSL-3009-1-3 | 16554059.15 | 1106195.96 |
| RGV-WSL-3009-1-4 | 16553914.45 | 1106256.84 |
| RGV-WSL-3009-1-5 | 16553813.38 | 1106535.51 |
| RGV-WSL-3009-1-6 | 16553671.82 | 1106971.54 |
| RGV-WSL-3009-1-6A | 16553565.53 | 1107438.68 |
| RGV-WSL-3009-1-6B | 16553548.44 | 1107561.42 |
| RGV-WSL-3009-1-7 | 16553573.02 | 1107595.99 |
| RGV-WSL-3009-1-8 | 16553355.15 | 1107559.98 |
| RGV-WSL-3009-1-8A | 16553426.01 | 1107276.71 |
| RGV-WSL-3009-1-9 | 16553496.87 | 1106993.45 |
| RGV-WSL-3009-1-9A | 16553642.88 | 1106562.45 |
| RGV-WSL-3009-1-10 | 16553788.88 | 1106131.45 |

| SHEET NO. 8 OF 8 | METES & BOUNDS SURVEY FRANK SCHUSTER FARMS, INC. TRACT NO. RGV-WSL-3009-1 HIDALGO COUNTY          TEXAS | EMC, Inc. | US Army Corps of Engineers |

EMC, INC. PROJECT NO.: 19026

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-WSL-3009-1 and RGV-WSL-3009-1E
Owner:  Frank Schuster Farms, Incorporated
Acreage:  6.597

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-3009-1 and RGV-WSL-3009-1E
Owner:  Frank Schuster Farms, Incorporated
Acres:  6.597

Tract. No. RGV-WSL-3009-1
Acreage 6.336

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

Tract No. RGV-WSL-3009-1E
Acreage: 0.261

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Exhibit A, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY TWO THOUSAND, EIGHT HUNDRED AND THIRTY FOUR DOLLARS AND NO/100 ($32,834.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Frank Schuster Farms, Inc.**<br>███████████ | **RGV-WSL-3009-1 and WSL-3009-1E**<br>Warranty Deed, Document #1978-24335;<br>Recorded July 20, 1978, Deed Records of<br>Hidalgo County |
| **Pablo "Paul" Villarreal, Jr.**<br>2804 South Business Highway 281<br>Edinburg, Texas 78539 | **Hidalgo County Assessor** |